[No. 17470–3–I.   Division One.   July 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
RICHARD BRUCE VANDRIEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00217–9, Donald D. Haley, J., entered November 15, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 18180–7–I.   Division One.   July 6, 1987.]

*In the Matter of* BABY BOY J.

Appeal from a judgment of the Superior Court for King County, No. 84–5–50668–8, Harriett Cody, J. Pro Tem., entered March 26, 1986. *Affirmed* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Cole and Dolliver, JJ. Pro Tem.

[No. 18342–7–I.   Division One.   July 6, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
HAROLD LYNN BEVER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–03561–1, Arthur E. Piehler, J., entered April 9, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Pekelis, JJ.